1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| JAN EARL GARCIA, individual; TEY MELISSA GARCIA, individual, | Case No. SACV 12-02135-DOC (ANx) |
| Plaintiff, | OCSC Case No.: 30-2012 00605446 |
| v. | Judge David O. Carter<br>Ctrm. 9D |
| COMMONWEALTH UNITED MORTGAGE division of NATIONAL CITY BANK OF INDIANA, a national banking association PNC MORTGAGE, business entity ; NATIONAL CITY MORTGAGE CO., a business entity; JP MORGAN CHASE BANK, a banking entity, as successor in interest to Washington Mutual Bank, FEDERAL DEPOSIT INSURANCE CORPORATION, a corporation and receiver of Washington Mutual Bank, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a corporation ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, OR OTHER INTEREST IN THE REAL PROPERTY COMMONLY KNOWN AS 1131 EAST MIRA LAGO LANE; PLACENTIA, CA 92870; DOES 1 through 60, inclusive, | **JUDGMENT** |
| Defendants. | |

On April 2, 2013, the Court granted Defendant PNC BANK, NATIONAL ASSOCIATION, doing business as PNC MORTGAGE and COMMONWEALTH UNITED MORTGAGE and as successor by merger to NATIONAL CITY BANK, previously doing business as NATIONAL CITY MORTGAGE's ("PNC") Motion to Dismiss and Motion to Strike portions of Plaintiffs Jan Earl Garcia and Melissa Garcia's First Amended Complaint with prejudice.

IT IS HEREBY ORDERED ADJUDGED, AND DECREED that judgment is entered in favor of PNC with prejudice and against Plaintiffs who shall take nothing by way of their First Amended Complaint.

IT IS SO ORDERED.

DATED: April 17, 2013

By: /s/ David O. Carter
Hon. David O. Carter
U.S. District Court Judge